**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | | |
|---|---|---|
| B&B ELECTRICAL AND UTILITY CONTRACTORS, INC. and SOUTHERN ELECTRIC CORPORATION OF MISSISSIPPI, | ) ) ) ) ) | Civil Action No.: 6:20-cv-00832-TMC |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **ALTERNATIVE DISPUTE RESOLUTION ("ADR") STATEMENT AND CERTIFICATION AS TO FLUOR DANIEL CARIBBEAN, INC.** |
| FLUOR ENTERPRISES, INC. and FLUOR DANIEL CARIBBEAN, INC., | ) ) ) | |
| Defendants, | ) ) | |

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he has (1) provided Fluor Daniel Caribbean, Inc. ("FDC") with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with FDC; and (3) discussed the advisability and timing of ADR with opposing counsel. Submitted[1] this 24th day of June, 2020.

<div style="margin-left: 40%;">

*s/N. Ward Lambert*
N. Ward Lambert Fed. Bar No. 5246
Greg Placone Fed. Bar No. 11977
HARPER LAMBERT, P.A.
201 W. McBee Avenue, Suite 450 (29601)
P.O. Box 908
Greenville, SC 29602
PH: (864) 235-5535/ FX: (864) 235-6866
Email: wlambert@harperlambert.com
Email: gplacone@harperlambert.com
***Attorneys for Defendants Fluor Enterprises, Inc.
and Fluor Daniel Caribbean, Inc.***

</div>

---

[1] This statement must be filed and served. Local Rule 16.03, D.S.C. A separate statement and certification is required for each party represented.